# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BOBBIE WOODRUFF**                                                                                              **Plaintiff**

v.                                              1:07CV00019 BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                                                     **Defendant**

## JUDGMENT

In accordance with the Memorandum Order entered this day, this case is remanded to the Secretary, under Sentence four of the Social Security Act, 42 U.S.C. § 405(g), for actions consistent with the Order.

IT IS SO ORDERED this 15th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE